MARCIA A. MORRISSEY
Law Office of Marcia A. Morrissey
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Telephone: 310-399-3259
Email: morrisseyma@aol.com

DONOVAN ASAO ODO
Law Office of Donovan A. Odo LLC
P.O. Box 939
Aiea, HI 96701
Telephone:  808-554-3490
Email: donovan.a.odo@gmail.com

Attorneys for Defendant
DELIA FABRO-MISKE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>DELIA FABRO-MISKE,<br><br>  Defendant. | MC 25-00127 DKW-KJM<br><br>**STATUS REPORT RE PUBLIC LAW CENTER MOTION TO UNSEAL DELIA FABRO-MISKE'S SENTENCING MEMORANDUM** |

Delia Fabro-Miske, by her counsel, Marcia A. Morrissey and Donovan A. Odo, respectfully submits this status report regarding the Court's Order that counsel for Ms. Fabro-Miske, the Government, and Public First Law Center's Motion to Unseal Delia Fabro-Miske's Sentencing Memorandum (ECF No. 4).

# DECLARATION OF MARCIA A. MORRISSEY
# IN SUPPORT OF STATUS REPORT

I, Marcia A. Morrissey, declare and state as follows:

1. Donovan A. Odo and I have been appointed by the Court to represent defendant Delia Fabro-Miske in CR No. 19-00099 DKW-KJM.

2. On April 8, 2025, Mr. Odo and I met and conferred with Benjamin M. Creps, counsel for Public First Law Center and Assistant United States Attorney W. KeAupuni Akina pursuant to this Court's Order of April 8, 2025 (ECF No. 4).

3. As a result of this meet and confer, the parties have reached a complete resolution of the motion. Counsel for Ms. Fabro-Miske will redact her Sentencing Memorandum to comply with Federal Rule of Criminal Procedure 49.1(a). The redacted Sentencing Memorandum will be publically filed no later than Thursday, April 10, 2025.

4. An unredacted Sentencing Motion was provided to the Government on April 8, 2025, so as not to delay their preparation of any responsive filing.

I declare under penalty of perjury that the foregoing is true and correct.


Dated April 9, 2025　　　　　　　　　　　　　　*/s/ Marcia A. Morrissey*
　　　　　　　　　　　　　　　　　　　　　　　Marcia A. Morrissey

　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　DELIA FABRO-MISKE

Dated: April 9, 2025  　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Marcia A. Morrissey*
　　　　　　　　　　　　　　　　　　　MARCIA A. MORRISSEY

　　　　　　　　　　　　　　　　　　　*/s/ Donovan A. Odo*
　　　　　　　　　　　　　　　　　　　DONOVAN A. ODO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically served through CM/ECF on the following on April 9, 2025.

| | |
|---|---|
| Mark A. Inciong, Esq. | mark.inciong@usdoj.gov |
| Michael D. Nammar, Esq. | michael.nammar@usdoj.gov |
| W. Keaupuni Akina | KeAupuni.Akina@usdoj.gov |
| Aislinn K. Afafinito | Aslinn.Affinito@usdoj.gov |
| Benjamin M. Creps | ben@publicfirstlaw.org |
| Robert Brian Black | brian@publicfirstlaw.org |

Dated: April 8, 2025.            */s/ Marcia A. Morrissey*
                                  Marcia A. Morrissesy